# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 109 MM 2022

            Respondent               :

                  v.                  :

ADANTE L. SMITH,                 :

            Petitioner                 :

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of March, 2023, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file the already-prepared Petition for Allowance of Appeal within 15 days of this Court's order.